IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRY MCEVERS,

    Plaintiff,                    No. CIV S-06-2864 FCD JFM PS

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff, the father of decedent Matthew McEvers, is proceeding pro se with a civil rights and wrongful death action. On March 7, 2007, this court issued an order setting this matter for status conference on July 26, 2007, and requiring the parties to file status reports no later than seven days prior to the conference, or July 17, 2007. Neither party has filed a status report in this action.

        Good cause appearing, IT IS HEREBY ORDERED that the July 26, 2007 status conference is continued to August 23, 2007, at 11:00 a.m. before the undersigned. On or before August 13, 2007, both parties shall file status reports that comply with this court's March 7, 2007

/////

1

1  order setting status conference.  (Docket No. 15.)  The parties are cautioned that failure to
2  comply with this order will result in the imposition of sanctions.
3  DATED:  July 24, 2007.

                             _____
                             UNITED STATES MAGISTRATE JUDGE

7  /001; mcev2864.o