1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    HARRY W. McEVERS,

11           Plaintiff,                      No. CIV S-06-2864 FCD JFM PS

12        vs.

13    COUNTY OF SACRAMENTO, et al.,_____ ORDER

14           Defendants.

15    _____/

16            This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21).

17    On October 29, 2007, defendant Angela Eisentrout filed a motion to dismiss pursuant to Fed. R.

18    Civ. P. 12(b)(4) & (5).  No opposition to the motion to dismiss has been filed.

19            Local Rule 78-230(c) provides that opposition to the granting of a motion must be

20    filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party

21    will be entitled to be heard in opposition to a motion at oral arguments if written opposition to

22    the motion has not been timely filed by that party."  In addition, Local Rule 78-230(j) provides

23    that failure to appear may be deemed withdrawal of opposition to the motion or may result in

24    sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may

25    be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

26    inherent power of the Court."

                                        1

1        Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  The hearing date of December 6, 2007 is vacated.  Hearing on defendant's

3  motion to dismiss is continued to January 10, 2008, at 11:00 a.m.

4        2.  Plaintiff shall file opposition, if any, to the motion to dismiss, no later than

5  December 27, 2007.  Failure to file opposition and appear at the hearing will be deemed as a

6  statement of non-opposition and will result in a recommendation that the motion to dismiss be

7  granted.

8  DATED:  November 27, 2007.

9

10                                              UNITED STATES MAGISTRATE JUDGE

11

12  /001; mcevers.noop

13

14

15

16

17

18

19

20

21

22

23

24

25

26