UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MOHAMMAD REZA ABDOLLAHI, et al.,<br>            Plaintiffs,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br>            Defendants.<br>_____/ | No. CIV S-02-2488 FCD JFM<br><br>**RELATED CASE ORDER** |
| ESTATE OF MATTHEW MCEVERS, et al.,<br>            Plaintiffs,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br>            Defendants.<br>_____/ | No. CIV S-06-2161 FCD JFM |
| ESTATE OF HARRY MCEVERS,<br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br>            Defendants.<br>_____/ | No. CIV S-06-2864 FCD JFM PS |
| ROCIO ALVARADO,<br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br>            Defendants.<br>_____/ | No. CIV S-07-0661 FCD JFM |

| | |
|---|---|
| ERIC MARTIN, | No. CIV S-07-0863 GEB KJM P |
| Plaintiff, | |
| v. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |
| _____/ | |

The court has received the Notice of Related Cases filed April 22, 2008.  Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve the same parties, are based on the same or a similar claim, and involve the same property transaction or event.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated, CIV S-07-0863 GEB KJM is reassigned to Judge Frank C. Damrell, Jr. and Magistrate Judge John F. Moulds for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as: CIV S-07-0863 FCD JFM.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil/criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: April 22, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE